*E-FILED - 7/1/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE DE JESUS GONZALES NAVARRO,<br><br>Defendant. | NO. CR-14-00140-RMW<br><br>ORDER DENYING RELIEF PURSUANT TO AMENDMENT 782 |

    Felipe de Jesus Gonzalez Navarro has filed a motion "for modification of an imposed term of imprisonment pursuant to 18 U.S.C. § 3582 (c) in accord with Sentencing Guideline Amendment 782." On July 21, 2014, petitioner pled guilty to a violation of 8 U.S.C. § 1326 and was sentenced to 30 months confinement, 3 years of supervised release and a $100 mandatory special assessment. He was not charged with any drug related offense. Therefore, Amendment 782 has no application to his case. His motion for relief is therefore denied.

DATED: <u>July 1, 2015</u>

                                                */s/ Ronald M. Whyte*
                                       RONALD M. WHYTE
                                       United States District Judge

1
2
3  Copy of Order Mailed on 7/1/15 to:
4  Felipe De Jesus Gonzales Navarro
   Reg. No. 19586-111
5  Giles W. Dalby Correctional Facility
   805 N. Avenue F
6  Post, TX 79356
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28